

**NUMBER 13-11-00358-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**ARROYO COLORADO,** **APPELLANT,**

**v.**

**THOMAS M. MCMURRAY,** **APPELLEE.**

**On Appeal from the 105th District Court
of Kleberg County, Texas.**

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Arroyo Colorado, appealed a judgment entered by the 105th District Court of Kleberg County, Texas. On June 13, 2011, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e). *See* TEX. R. APP. P. 9.5(e). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 30 days from the date of

that notice.   On October 12, 2011, the Clerk notified appellant that the defect had not been corrected and warned appellant that the appeal would be dismissed if the defect were not cured within ten days.   The notice was sent to appellant's address by certified mail return receipt requested; however, the certified mail was returned as unclaimed and unable to forward.   Subsequently, the Clerk of the Court sent the notice to appellant by regular mail on November 15, 2011.   Appellant has not responded to the notice or corrected the defect.

On October 7, 2011, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid.   *See* TEX. R. APP. P. 42.3(c).   The notice was sent to appellant's address by certified mail return receipt requested; however, the certified mail was returned as unclaimed and unable to forward.   Subsequently, the Clerk of the Court sent the notice to appellant by regular mail on November 15, 2011.   Appellant has not responded to the notice or paid the $175.00 filing fee.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to respond to this Court's notices and correct the defect or pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 37.3, 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
29th day of December, 2011.

2